Tommy Lee MONK, Appellant,

v.

Larry NORRIS, Director, Arkansas Department of Correction; Clifford Terry, Warden, Wrightsville Unit, Arkansas Department of Correction; Shirley Jordan, Assistant Warden, Wrightsville Unit, Arkansas Department of Correction; Larry Jordan, Major, Wrightsville Unit, Arkansas Department of Correction; Brooks Parks, Head Records' Supervisor and Classification Officer, Wrightsville Unit, Arkansas Department. of Correction; M.L. Ellington, Assistant Records' Supervisor, Wrightsville Unit, Arkansas Department of Correction, Appellees.

No. 01–1864.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 24, 2001.

Filed Sept. 27, 2001.

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Arkansas inmate Tommy Monk appeals the district court's [1] denial of his motion to

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

1. The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

reopen his 42 U.S.C. § 1983 action. Because Mr. Monk did not satisfy his burden of showing that he exhausted available administrative remedies, *see* 42 U.S.C. § 1997e(a); *McAlphin v. Morgan,* 216 F.3d 680, 682 (8th Cir.2000) (per curiam), we affirm. *See* 8th Cir. R. 47B.